# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY, *et al.*, | : |
| *Plaintiffs,* | : |
| v. | : 2:24-cv-02767 |
| HEIDI HUNT, *et al.*, | : |
| *Defendants.* | : |

## ORDER

AND NOW, this 15th day of December 2025, upon consideration of the Motion for Judgment on the Pleadings filed by Allmerica Financial Benefit Insurance Company and The Hanover Insurance Company, and the Hunts' response thereto, it is hereby ORDERED that the motion is DENIED.

The Court will schedule a pre-trial conference in a separate order.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.